

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00460-CR

Gary **CASTILLO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8212
Honorable Ron Rangel, Judge Presiding

# O R D E R

The court's reporter's record is currently due August 31, 2015. However, the court reporter has filed a notice of late record in which she states her belief that the record is due August 3, 2015. Based on her belief that the record is due August 3, 2015, the reporter asks for an extension of time to file the record until September 3, 2015. We **GRANT** the reporter's request for an extension of time to September 3, 2015, which is a four-day extension from the actual due date.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court